AUSA:    Nhan Ho                        Telephone:  (313) 226-9100
Task Force Officer:    Matthew Gregory            Telephone:  (313) 965-2323

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>William Isaiah-Dvon DAVIS | Case No.    Case: 2:23−mj−30359<br>Assigned To : Unassigned<br>Assign. Date : 8/30/2023<br>Description: COMP USA V. DAVIS<br>(KB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 29, 2023 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a); | Bank Robbery; |
| 18 U.S.C. § 924 | Use of Firearm during and in relation to a crime of violence |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew Gregory, Task Force Officer - FBI
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ August 30, 2023 _____

City and state:  Detroit, Michigan _____

_____
Judge's signature

Honorable R. Steven Whalen, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT

I, Matthew Gregory, being duly sworn, depose and state the following:

### INTRODUCTION

1.      I am a Task Force Officer with the Federal Bureau of Investigation ("FBI") and have been since February 2019. I am currently assigned to the FBI Detroit Division's Violent Crime Task Force ("VCTF"). Prior to my assignment at the FBI, I was assigned to the patrol division for approximately three years with the Livonia Police Department in Livonia, MI. I was then assigned to the Livonia Police Department Intelligence Bureau for 4 years, during which I investigated narcotic and major crimes. In February of 2019, I was assigned to the FBI VCTF and was promoted to the rank of Sergeant in December 2020. I was then assigned as a patrol division supervisor until I was reassigned to FBI VCTF in July 2022. I have conducted or assisted in numerous investigations of federal and state violations of criminal laws, including crimes of violence, firearms, and drug trafficking. I have gained experience through training and everyday work related to these types of investigations.

2.      The information contained in this affidavit is based on my

personal knowledge and observations during the course of this

investigation, law enforcement reports that I have reviewed,

communications with others who have personal knowledge of the events

and circumstances described in this affidavit, and information gained

through my training and experience.

3.      This affidavit is in support of a complaint and arrest warrant

for William Isaiah-Dvon DAVIS (DOB: XX/XX/1995). Because this

affidavit is being submitted for the limited purpose of establishing

probable cause, I have not included each and every fact known to me

concerning this investigation. Rather, I have set forth only the facts that I

believe are necessary to establish probable cause to believe that DAVIS

robbed a banking institution, in violation of 18 U.S.C. § 2113(a), and used

or carried a firearm during and in relation to a crime of violence, the bank

robbery, in violation of 18 U.S.C. § 924(c).

**PROBABLE CAUSE**

A. Robbery at Comerica Bank

4.      On August 29, 2023, at approximately 10:50 a.m., Livonia

police officers responded to a report of an active armed robbery occurring

at Comerica Bank, 31425 Five Mile Road, Livonia, Michigan, at which all

deposits are insured by the Federal Deposit Insurance Corporation.[1]

5.      After they arrived at the scene, Livonia police officers spoke to

bank employees. The employees were visibly in distress. They indicated

that a black male, later identified as DAVIS, in a black hooded sweatshirt

with his hood up, mask, and sunglasses, had entered the bank and

announced the robbery by stating, "This is a robbery, I am serious, give

me all your money." According to the bank employees, the robber pointed

a handgun at the them (at one point racked it), demanded money, and

took over $2,000, including bait money. An employee observed the robber

fleeing in a black Chevy Blazer with no license plate.

6.      Livonia police reviewed the surveillance footage of the bank.

The video showed a black male, later identified as DAVIS, entering

through the front door of the bank. He was wearing a black hooded

sweatshirt that has white lettering on the left chest, right shoulder down

to the abdomen, and left sleve. The texts appeared to state "3525" on the

---

[1]      *See* https://www.comerica.com/site-tools/resources/fdic-insurance-coverage.html#:~:text=Comerica%20Bank%20is%20a%20Member,%2C%20businesses%2C%20and%20government%20entities.

chest and "DETROIT" on the shoulder/abdomen. DAVIS had his hood up.

He also wore a black face mask covering below his eyes, sunglasses, dark

navy-blue sweatpants, black shoes, and what appeared to be nude/tan

gloves.  He was carrying a white and black striped bag in his left hand

and holding a black handgun in his right hand.

7.     Upon entering the bank, DAVIS held up the gun, waiving it in

the air and pointing it around at the employees.

8.     DAVIS then walked up to the teller counter where he then

pointed the gun at the employee, Adult Victim 1 (AV-1), through the

glass.  DAVIS pulled the striped bag up and opened it as AV-1 gave him

US currency from AV-1's teller drawer, and then placed the money into

his bag.  Afterward, DAVIS walked back toward the front door and

pointed the gun at another employee, Adult Victim 2 (AV-2). Next,

DAVIS walked into the manager's office and pointed the gun at the bank

manager, Adult Victim 3 (AV-3).

9.     AV-2 stood up from her desk and walked toward the employee

back door and DAVIS followed her with the gun pointed at AV-2's back.

AV-2 unlocked and opended the door and they both entered the teller

-4-

area. DAVIS was then given more US currency from a teller, Adult

Victim 4 (AV-4), and placed it into his striped bag.

10.     After exiting the employee area, DAVIS went back to the

lobby area. With his gun, DAVIS paced around and at one point appeared

to try to reenter the employee area. DAVIS was seen taking more money

from the tellers. He then exited the bank through the front door.

11.     Moments later, a black Chervolet Blazer was seen on

surveillance camera driving east out of the parking lot at a high rate of

speed.

B. <u>DAVIS Identified as the Bank Robber and Arrested</u>

12.     Law enforcement began searching the area as the descriptions

of the robber and his vehicle were broadcasted.

13.     At approximately 10:53 a.m., law enforcement observed a

black Chevrolet Blazer with no license plate driving eastbound on Lyndon

near Hubbard. The vehicle was observed turning south on Farmington

then west into a parking lot north of Schoolcraft.

14.     Subsequently, law enforcement located a 2021 Chevrolet

Blazer, bearing license plate number DYN3549 — in the parking lot,

near the dumpsters, of Christ Our Savior Church (14175 Farmington Rd,

Livonia, Michigan).

15.    Below is a map of the area:



16.    After pulling in the parking lot of Christ Our Savior Church,

law enforcement observed DAVIS standing by his vehicle parked next to

a dumpster. Police approached and asked DAVIS why he was in this

area. DAVIS claimed that he had come from the Canton area and was

taking his four-year-old son, who was seated in the rear right passenger

seat, to the park. Due to the vehicle being a match to the bank robber's

vehicle and DAVIS appeared to be unsure of his answer, DAVIS was

detained pending the outcome of the investigation.

17.     Law enforcement then located a striped Victoria Secret bag

(matching the bag used in the robbery) under the front passenger seat.

Inside the bag were US currency and a handgun.

18.     DAVIS was placed under arrest for armed bank robbery and

transported to the Livonia jail without incident.  DAVIS's son was later

turned over to his mother.

C. <u>Search of DAVIS's Vehicle</u>

19.     A search of the DAVIS's black Chevrolet Blazer, pursuant to a

state search warrant, revealed the recovery, among others, of the

following:

- A faded pink and black striped Victoria's Secret bag

  containing:

  o One (1) black Ruger Max-9 9mm, S/N# 350020848, with

    3 rounds in magazine and 1 round chambered,

    registered to DAVIS; and

- o $2,348 of assorted US currency and one purple Comerica Bank bill band;

- Orange and tan gloves;

- A bank robbery note stating "This is a bank robbery. Be quiet just grab the money. No one will get hurt. Thanks";

- Black sun glasses;

- A black balaclava style mask;

- A black hooded sweatshirt with a logo on the chest and "Detroit" on the right side;

- Black Nike shoes; and

- Blue sweatpants.

20.    Of the $2,348 recovered from the Victoria's Secret bag, $150 (5 $20 bills and 5 $10 bills) were bait bills given to the robber by Comerica Bank employees.

D. DAVIS's Confession

21.    In a recorded post-Miranda interview, DAVIS admitted to his involvement in the Comerica Bank robbery with his firearm. He also completed a written statement.

## CONCLUSION

22.    Based on the above investigation, probable cause exists that

William Isaiah-Dvon DAVIS robbed the Comerica Bank in Livonia,

Michigan, within the Eastern District of Michigan, in violation of 18

U.S.C. § 2113(a). Further, probable cause exists that they used a firearm

during and in relation to a crime of violence, bank robbery, in violation of

18 U.S.C. § 924(c).

Respectfully Submitted,

Matthew Gregory
Sergeant / Task Force Officer
Livonia Police Department / FBI


Sworn to before me and signed in my presence
And/or by reliable electronic means

HON. R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:    August 30, 2023

-9-